3:26-cv-133-GHD-RP

# EXHIBIT 3

**IN THE CIRCUIT COURT YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT**

**GREEN JONES, JR.; SANDRA JONES; MARY JUDSON; PATRICIA CAROLYN KACHELEIN; HILDA KEE; JOHN KEEL; DAVID KEHOE; VANESSA KELLY; GEORGE WILLIE KIMBLE; BETTY JEAN KIRK; LAWRENCE LEIGH; RUBY DIANE LUMAS; MYRON B. MARTIN; KATHERINE MATTHEWS; JESSE MCCOLLINS; WILLIAM MISTER; TAMMY R. MOORE; BRUCE MORGAN; GERTIE MORRIS; JERRY MURPHREE; MARY PARKER; PATRICIA HARMON PARKER; GEORGE PEACOCK; BARBARA ANN PERSON; MARY PHILLIPS; ROY LEE PHILLIPS; SHIRLEY PHILLIPS; WAYNE HOWARD PHILLIPS; BILLY DEWIGHT PILCHER; VIRA MAE POLK, JOE POMERLEE; SHIRLEY POMERLEE; MARY LEE POTTS; WILLIE PULLEY; EARLINE RICHARDSON; JOHN ROBERSON; ANTHONY ROBINSON; MATTIE E. ROBINSON; JOYCE ROGERS; LYNDA ROGERS; MICHAEL ROGERS; MAXINE P. ROSS; HAZEL ROUNDS; WALTER ROUNDS; LIB SANFORD; EUGENE SHAW; CHARLES EDWARD SIMS; ISAAC SMITH; TOMMIE TURNER, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE WRONGFUL DEATH BENEFICIARIES OF ANNIE RUTH NICHOLSON; VICKIE JOHNSON WALLER; AND MARY LOUISE WHITE** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO.** CV-2026-34-SMY2

**DETREX CORPORATION;
ITALMATCH USA CORPORATION;
WSP USA INC.;
FIRST ENVIRONMENT, INC.;
AAE CONSULTING, LLC;
DAMES & MOORE, INC.;
W.L. BURLE ENGINEERS, P.A.;
AVANT CONSTRUCTION; KEVIN MOORE;
MICHAEL SLACK;
JOHN DOE CORPORATIONS 1-5** **DEFENDANTS**

COPY

# SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF YALOBUSHA**

**TO:** Detrex Corporation
c/o Registered Agent, CSC – Lawyers Incorporating Service
3410 Belle Chase Way, Suite 600
Lansing, MI 48911

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS

You are required to mail or hand-deliver a copy of a written response to the Complaint to Plaintiff's attorney: George F. Hollowell or Andrew F. Tominello, Hollowell Law Firm, Post Office Drawer 1407, Greenville, Mississippi 38702-1407. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief and other things demanded in the Complaint.

COPY

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and seal of said Court, this the 9th day of April, 2026.

[Seal]

STATE OF MISSISSIPPI NOTARY PUBLIC CIRCUIT COURT Commission Expires Jan. 06, 2028 YALOBUSHA COUNTY

CIRCUIT CLERK
YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

By: Vicki S Caldwell D.C.

COPY

**IN THE CIRCUIT COURT YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT**

**GREEN JONES, JR.; SANDRA JONES; MARY JUDSON; PATRICIA CAROLYN KACHELEIN; HILDA KEE; JOHN KEEL; DAVID KEHOE; VANESSA KELLY; GEORGE WILLIE KIMBLE; BETTY JEAN KIRK; LAWRENCE LEIGH; RUBY DIANE LUMAS; MYRON B. MARTIN; KATHERINE MATTHEWS; JESSE MCCOLLINS; WILLIAM MISTER; TAMMY R. MOORE; BRUCE MORGAN; GERTIE MORRIS; JERRY MURPHREE; MARY PARKER; PATRICIA HARMON PARKER; GEORGE PEACOCK; BARBARA ANN PERSON; MARY PHILLIPS; ROY LEE PHILLIPS; SHIRLEY PHILLIPS; WAYNE HOWARD PHILLIPS; BILLY DEWIGHT PILCHER; VIRA MAE POLK, JOE POMERLEE; SHIRLEY POMERLEE; MARY LEE POTTS; WILLIE PULLEY; EARLINE RICHARDSON; JOHN ROBERSON; ANTHONY ROBINSON; MATTIE E. ROBINSON; JOYCE ROGERS; LYNDA ROGERS; MICHAEL ROGERS; MAXINE P. ROSS; HAZEL ROUNDS; WALTER ROUNDS; LIB SANFORD; EUGENE SHAW; CHARLES EDWARD SIMS; ISAAC SMITH; TOMMIE TURNER, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE WRONGFUL DEATH BENEFICIARIES OF ANNIE RUTH NICHOLSON; VICKIE JOHNSON WALLER; AND MARY LOUISE WHITE**

**PLAINTIFFS**

**VS.**

**CIVIL ACTION NO.** CV-2026-34-SMY2

**DETREX CORPORATION;
ITALMATCH USA CORPORATION;
WSP USA INC.;
FIRST ENVIRONMENT, INC.;
AAE CONSULTING, LLC;
DAMES & MOORE, INC.;
W.L. BURLE ENGINEERS, P.A.;
AVANT CONSTRUCTION; KEVIN MOORE;
MICHAEL SLACK;
JOHN DOE CORPORATIONS 1-5**

**DEFENDANTS**

COPY

# SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF YALOBUSHA**

**TO:** Italmatch USA Corporation
c/o Registered Agent, Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS

You are required to mail or hand-deliver a copy of a written response to the Complaint to Plaintiff's attorney: George F. Hollowell or Andrew F. Tominello, Hollowell Law Firm, Post Office Drawer 1407, Greenville, Mississippi 38702-1407. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief and other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and seal of said Court, this the 9th day of April, 2026.

[Seal]

STATE OF MISSISSIPPI NOTARY PUBLIC CIRCUIT COURT Commission Expires Jan. 06, 2028 YALOBUSHA COUNTY

CIRCUIT CLERK
YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

By: Vicki S Caldwell D.C.

COPY

COPY

**IN THE CIRCUIT COURT YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT**

**GREEN JONES, JR.; SANDRA JONES; MARY JUDSON; PATRICIA CAROLYN KACHELEIN; HILDA KEE; JOHN KEEL; DAVID KEHOE; VANESSA KELLY; GEORGE WILLIE KIMBLE; BETTY JEAN KIRK; LAWRENCE LEIGH; RUBY DIANE LUMAS; MYRON B. MARTIN; KATHERINE MATTHEWS; JESSE MCCOLLINS; WILLIAM MISTER; TAMMY R. MOORE; BRUCE MORGAN; GERTIE MORRIS; JERRY MURPHREE; MARY PARKER; PATRICIA HARMON PARKER; GEORGE PEACOCK; BARBARA ANN PERSON; MARY PHILLIPS; ROY LEE PHILLIPS; SHIRLEY PHILLIPS; WAYNE HOWARD PHILLIPS; BILLY DEWIGHT PILCHER; VIRA MAE POLK, JOE POMERLEE; SHIRLEY POMERLEE; MARY LEE POTTS; WILLIE PULLEY; EARLINE RICHARDSON; JOHN ROBERSON; ANTHONY ROBINSON; MATTIE E. ROBINSON; JOYCE ROGERS; LYNDA ROGERS; MICHAEL ROGERS; MAXINE P. ROSS; HAZEL ROUNDS; WALTER ROUNDS; LIB SANFORD; EUGENE SHAW; CHARLES EDWARD SIMS; ISAAC SMITH; TOMMIE TURNER, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE WRONGFUL DEATH BENEFICIARIES OF ANNIE RUTH NICHOLSON; VICKIE JOHNSON WALLER; AND MARY LOUISE WHITE**

**PLAINTIFFS**

**VS.**

**CIVIL ACTION NO.** CV-2026-34-SMY2

**DETREX CORPORATION;
ITALMATCH USA CORPORATION;
WSP USA INC.;
FIRST ENVIRONMENT, INC.;
AAE CONSULTING, LLC;
DAMES & MOORE, INC.;
W.L. BURLE ENGINEERS, P.A.;
AVANT CONSTRUCTION; KEVIN MOORE;
MICHAEL SLACK;
JOHN DOE CORPORATIONS 1-5**

**DEFENDANTS**

COPY

# SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF YALOBUSHA**

**TO:** WSP USA, Inc.
c/o Registered Agent, CT Corporation System
8927 Lorraine Road, Suite 204-A
Gulfport, MS 39503

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS

You are required to mail or hand-deliver a copy of a written response to the Complaint to Plaintiff's attorney: George F. Hollowell or Andrew F. Tominello, Hollowell Law Firm, Post Office Drawer 1407, Greenville, Mississippi 38702-1407. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief and other things demanded in the Complaint.

COPY

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and seal of said Court, this the 9th day of April, 2026.

[Seal]

STATE OF MISSISSIPPI NOTARY PUBLIC
CIRCUIT COURT
Commission Expires Jan. 06, 2028
YALOBUSHA COUNTY

CIRCUIT CLERK
YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

By: Vicki S Caldwell D.C.

COPY

**IN THE CIRCUIT COURT YALOBUSHA COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

**GREEN JONES, JR.; SANDRA JONES; MARY JUDSON; PATRICIA CAROLYN KACHELEIN; HILDA KEE; JOHN KEEL; DAVID KEHOE; VANESSA KELLY; GEORGE WILLIE KIMBLE; BETTY JEAN KIRK; LAWRENCE LEIGH; RUBY DIANE LUMAS; MYRON B. MARTIN; KATHERINE MATTHEWS; JESSE MCCOLLINS; WILLIAM MISTER; TAMMY R. MOORE; BRUCE MORGAN; GERTIE MORRIS; JERRY MURPHREE; MARY PARKER; PATRICIA HARMON PARKER; GEORGE PEACOCK; BARBARA ANN PERSON; MARY PHILLIPS; ROY LEE PHILLIPS; SHIRLEY PHILLIPS; WAYNE HOWARD PHILLIPS; BILLY DEWIGHT PILCHER; VIRA MAE POLK, JOE POMERLEE; SHIRLEY POMERLEE; MARY LEE POTTS; WILLIE PULLEY; EARLINE RICHARDSON; JOHN ROBERSON; ANTHONY ROBINSON; MATTIE E. ROBINSON; JOYCE ROGERS; LYNDA ROGERS; MICHAEL ROGERS; MAXINE P. ROSS; HAZEL ROUNDS; WALTER ROUNDS; LIB SANFORD; EUGENE SHAW; CHARLES EDWARD SIMS; ISAAC SMITH; TOMMIE TURNER, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE WRONGFUL DEATH BENEFICIARIES OF ANNIE RUTH NICHOLSON; VICKIE JOHNSON WALLER; AND MARY LOUISE WHITE** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO.** CV-2026-34-SMY2

**DETREX CORPORATION;**
**ITALMATCH USA CORPORATION;**
**WSP USA INC.;**
**FIRST ENVIRONMENT, INC.;**
**AAE CONSULTING, LLC;**
**DAMES & MOORE, INC.;**
**W.L. BURLE ENGINEERS, P.A.;**
**AVANT CONSTRUCTION; KEVIN MOORE;**
**MICHAEL SLACK;**
**JOHN DOE CORPORATIONS 1-5** **DEFENDANTS**

COPY

# **SUMMONS**

**STATE OF MISSISSIPPI**
**COUNTY OF YALOBUSHA**

**TO:** First Environment, Inc.
1020 W 4th Street
Wesson, MS 39191

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS

You are required to mail or hand-deliver a copy of a written response to the Complaint to Plaintiff's attorney: George F. Hollowell or Andrew F. Tominello, Hollowell Law Firm, Post Office Drawer 1407, Greenville, Mississippi 38702-1407. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief and other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and seal of said Court, this the 9th day of April, 2026.

[Seal]

STATE OF MISSISSIPPI NOTARY PUBLIC
CIRCUIT COURT
Commission Expires Jan. 06, 2028
YALOBUSHA COUNTY

CIRCUIT CLERK
YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

By: Vicki S Caldwell, D.C.

COPY

COPY

**IN THE CIRCUIT COURT YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT**

**GREEN JONES, JR.; SANDRA JONES; MARY JUDSON; PATRICIA CAROLYN KACHELEIN; HILDA KEE; JOHN KEEL; DAVID KEHOE; VANESSA KELLY; GEORGE WILLIE KIMBLE; BETTY JEAN KIRK; LAWRENCE LEIGH; RUBY DIANE LUMAS; MYRON B. MARTIN; KATHERINE MATTHEWS; JESSE MCCOLLINS; WILLIAM MISTER; TAMMY R. MOORE; BRUCE MORGAN; GERTIE MORRIS; JERRY MURPHREE; MARY PARKER; PATRICIA HARMON PARKER; GEORGE PEACOCK; BARBARA ANN PERSON; MARY PHILLIPS; ROY LEE PHILLIPS; SHIRLEY PHILLIPS; WAYNE HOWARD PHILLIPS; BILLY DEWIGHT PILCHER; VIRA MAE POLK, JOE POMERLEE; SHIRLEY POMERLEE; MARY LEE POTTS; WILLIE PULLEY; EARLINE RICHARDSON; JOHN ROBERSON; ANTHONY ROBINSON; MATTIE E. ROBINSON; JOYCE ROGERS; LYNDA ROGERS; MICHAEL ROGERS; MAXINE P. ROSS; HAZEL ROUNDS; WALTER ROUNDS; LIB SANFORD; EUGENE SHAW; CHARLES EDWARD SIMS; ISAAC SMITH; TOMMIE TURNER, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE WRONGFUL DEATH BENEFICIARIES OF ANNIE RUTH NICHOLSON; VICKIE JOHNSON WALLER; AND MARY LOUISE WHITE**

**PLAINTIFFS**

**VS.**

**CIVIL ACTION NO.** CV-2026-34-SMY2

**DETREX CORPORATION;
ITALMATCH USA CORPORATION;
WSP USA INC.;
FIRST ENVIRONMENT, INC.;
AAE CONSULTING, LLC;
DAMES & MOORE, INC.;
W.L. BURLE ENGINEERS, P.A.;
AVANT CONSTRUCTION; KEVIN MOORE;
MICHAEL SLACK;
JOHN DOE CORPORATIONS 1-5**

**DEFENDANTS**

COPY

# SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF YALOBUSHA**

**TO:** First Environment, Inc.
10 Park Place, Building 1A, Suite 504
Butler, NJ 07405

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS

You are required to mail or hand-deliver a copy of a written response to the Complaint to Plaintiff's attorney: George F. Hollowell or Andrew F. Tominello, Hollowell Law Firm, Post Office Drawer 1407, Greenville, Mississippi 38702-1407. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief and other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and seal of said Court, this the 9th day of April, 2026.

[Seal]

STATE OF MISSISSIPPI NOTARY PUBLIC
CIRCUIT COURT
Commission Expires Jan. 06, 2028
YALOBUSHA COUNTY

CIRCUIT CLERK
YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

By: Vicki S Caldwell D.C.

COPY

**IN THE CIRCUIT COURT YALOBUSHA COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

**GREEN JONES, JR.; SANDRA JONES; MARY JUDSON; PATRICIA CAROLYN KACHELEIN; HILDA KEE; JOHN KEEL; DAVID KEHOE; VANESSA KELLY; GEORGE WILLIE KIMBLE; BETTY JEAN KIRK; LAWRENCE LEIGH; RUBY DIANE LUMAS; MYRON B. MARTIN; KATHERINE MATTHEWS; JESSE MCCOLLINS; WILLIAM MISTER; TAMMY R. MOORE; BRUCE MORGAN; GERTIE MORRIS; JERRY MURPHREE; MARY PARKER; PATRICIA HARMON PARKER; GEORGE PEACOCK; BARBARA ANN PERSON; MARY PHILLIPS; ROY LEE PHILLIPS; SHIRLEY PHILLIPS; WAYNE HOWARD PHILLIPS; BILLY DEWIGHT PILCHER; VIRA MAE POLK, JOE POMERLEE; SHIRLEY POMERLEE; MARY LEE POTTS; WILLIE PULLEY; EARLINE RICHARDSON; JOHN ROBERSON; ANTHONY ROBINSON; MATTIE E. ROBINSON; JOYCE ROGERS; LYNDA ROGERS; MICHAEL ROGERS; MAXINE P. ROSS; HAZEL ROUNDS; WALTER ROUNDS; LIB SANFORD; EUGENE SHAW; CHARLES EDWARD SIMS; ISAAC SMITH; TOMMIE TURNER, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE WRONGFUL DEATH BENEFICIARIES OF ANNIE RUTH NICHOLSON; VICKIE JOHNSON WALLER; AND MARY LOUISE WHITE**

**PLAINTIFFS**

**V.** **CAUSE NO.:** CV-2026-34-SMY2

**DETREX CORPORATION;**
**ITALMATCH USA CORPORATION;**
**WSP USA INC.;**
**FIRST ENVIRONMENT, INC.;**
**AAE CONSULTING, LLC;**
**DAMES & MOORE, INC.;**
**W.L. BURLE ENGINEERS, P.A.;**
**AVANT CONSTRUCTION; KEVIN MOORE;**
**MICHAEL SLACK;**
**JOHN DOE CORPORATIONS 1-5**

**DEFENDANTS**

COPY

# SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF YALOBUSHA**

**TO:** AAE Consulting, LLC
c/o Registered Agent, Mihcael Slack
1068 Woodbridge Drive
Brandon, MS 39047

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS

You are required to mail or hand-deliver a copy of a written response to the Complaint to Plaintiff's attorney: George F. Hollowell or Andrew F. Tominello, Hollowell Law Firm, Post Office Drawer 1407, Greenville, Mississippi 38702-1407. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief and other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and seal of said Court, this the 9th day of April, 2026.

[Seal]

STATE OF MISSISSIPPI NOTARY PUBLIC
CIRCUIT COURT
Commission Expires Jan. 06, 2028
YALOBUSHA COUNTY

CIRCUIT CLERK
YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

By: Vicki S Caldwell, D.C.

COPY

**IN THE CIRCUIT COURT YALOBUSHA COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

**GREEN JONES, JR.; SANDRA JONES; MARY JUDSON; PATRICIA CAROLYN KACHELEIN; HILDA KEE; JOHN KEEL; DAVID KEHOE; VANESSA KELLY; GEORGE WILLIE KIMBLE; BETTY JEAN KIRK; LAWRENCE LEIGH; RUBY DIANE LUMAS; MYRON B. MARTIN; KATHERINE MATTHEWS; JESSE MCCOLLINS; WILLIAM MISTER; TAMMY R. MOORE; BRUCE MORGAN; GERTIE MORRIS; JERRY MURPHREE; MARY PARKER; PATRICIA HARMON PARKER; GEORGE PEACOCK; BARBARA ANN PERSON; MARY PHILLIPS; ROY LEE PHILLIPS; SHIRLEY PHILLIPS; WAYNE HOWARD PHILLIPS; BILLY DEWIGHT PILCHER; VIRA MAE POLK, JOE POMERLEE; SHIRLEY POMERLEE; MARY LEE POTTS; WILLIE PULLEY; EARLINE RICHARDSON; JOHN ROBERSON; ANTHONY ROBINSON; MATTIE E. ROBINSON; JOYCE ROGERS; LYNDA ROGERS; MICHAEL ROGERS; MAXINE P. ROSS; HAZEL ROUNDS; WALTER ROUNDS; LIB SANFORD; EUGENE SHAW; CHARLES EDWARD SIMS; ISAAC SMITH; TOMMIE TURNER, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE WRONGFUL DEATH BENEFICIARIES OF ANNIE RUTH NICHOLSON; VICKIE JOHNSON WALLER; AND MARY LOUISE WHITE** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO.** CV-2026-34-SMY2

**DETREX CORPORATION; ITALMATCH USA CORPORATION; WSP USA INC.; FIRST ENVIRONMENT, INC.; AAE CONSULTING, LLC; DAMES & MOORE, INC.; W.L. BURLE ENGINEERS, P.A.; AVANT CONSTRUCTION; KEVIN MOORE; MICHAEL SLACK; JOHN DOE CORPORATIONS 1-5** **DEFENDANTS**

COPY

# SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF YALOBUSHA**

**TO:** Dames & Moore, Inc.
c/o Registered Agent, CT Corporation Systems
8927 Lorraine Road, Suite 204-A
Gulfport, MS 39503

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS

You are required to mail or hand-deliver a copy of a written response to the Complaint to Plaintiff's attorney: George F. Hollowell or Andrew F. Tominello, Hollowell Law Firm, Post Office Drawer 1407, Greenville, Mississippi 38702-1407. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief and other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and seal of said Court, this the 9th day of April, 2026.

[Seal] STATE OF MISSISSIPPI NOTARY PUBLIC CIRCUIT COURT Commission Expires Jan. 06, 2028 YALOBUSHA COUNTY

CIRCUIT CLERK
YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

By: Vicki S Caldwell D.C.

COPY

**IN THE CIRCUIT COURT YALOBUSHA COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

**GREEN JONES, JR.; SANDRA JONES; MARY JUDSON; PATRICIA CAROLYN KACHELEIN; HILDA KEE; JOHN KEEL; DAVID KEHOE; VANESSA KELLY; GEORGE WILLIE KIMBLE; BETTY JEAN KIRK; LAWRENCE LEIGH; RUBY DIANE LUMAS; MYRON B. MARTIN; KATHERINE MATTHEWS; JESSE MCCOLLINS; WILLIAM MISTER; TAMMY R. MOORE; BRUCE MORGAN; GERTIE MORRIS; JERRY MURPHREE; MARY PARKER; PATRICIA HARMON PARKER; GEORGE PEACOCK; BARBARA ANN PERSON; MARY PHILLIPS; ROY LEE PHILLIPS; SHIRLEY PHILLIPS; WAYNE HOWARD PHILLIPS; BILLY DEWIGHT PILCHER; VIRA MAE POLK, JOE POMERLEE; SHIRLEY POMERLEE; MARY LEE POTTS; WILLIE PULLEY; EARLINE RICHARDSON; JOHN ROBERSON; ANTHONY ROBINSON; MATTIE E. ROBINSON; JOYCE ROGERS; LYNDA ROGERS; MICHAEL ROGERS; MAXINE P. ROSS; HAZEL ROUNDS; WALTER ROUNDS; LIB SANFORD; EUGENE SHAW; CHARLES EDWARD SIMS; ISAAC SMITH; TOMMIE TURNER, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE WRONGFUL DEATH BENEFICIARIES OF ANNIE RUTH NICHOLSON; VICKIE JOHNSON WALLER; AND MARY LOUISE WHITE** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO.** CV-2026-34-SMY2

**DETREX CORPORATION;**
**ITALMATCH USA CORPORATION;**
**WSP USA INC.;**
**FIRST ENVIRONMENT, INC.;**
**AAE CONSULTING, LLC;**
**DAMES & MOORE, INC.;**
**W.L. BURLE ENGINEERS, P.A.;**
**AVANT CONSTRUCTION; KEVIN MOORE;**
**MICHAEL SLACK;**
**JOHN DOE CORPORATIONS 1-5** **DEFENDANTS**

COPY

# SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF YALOBUSHA**

**TO:** W.L. Burle Engineers, P.A.
c/o Registered Agent, William Burle, Jr.
109 South Walnut Street
Greenville, MS 38701

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS

You are required to mail or hand-deliver a copy of a written response to the Complaint to Plaintiff's attorney: George F. Hollowell or Andrew F. Tominello, Hollowell Law Firm, Post Office Drawer 1407, Greenville, Mississippi 38702-1407. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief and other things demanded in the Complaint.

COPY

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and seal of said Court, this the 9th day of April, 2026.

[Seal] STATE OF MISSISSIPPI NOTARY PUBLIC CIRCUIT COURT Commission Expires Jan. 06, 2028 YALOBUSHA COUNTY

CIRCUIT CLERK
YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

By: Vicki S Caldwell, D.C.

COPY

**IN THE CIRCUIT COURT YALOBUSHA COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

**GREEN JONES, JR.; SANDRA JONES; MARY JUDSON; PATRICIA CAROLYN KACHELEIN; HILDA KEE; JOHN KEEL; DAVID KEHOE; VANESSA KELLY; GEORGE WILLIE KIMBLE; BETTY JEAN KIRK; LAWRENCE LEIGH; RUBY DIANE LUMAS; MYRON B. MARTIN; KATHERINE MATTHEWS; JESSE MCCOLLINS; WILLIAM MISTER; TAMMY R. MOORE; BRUCE MORGAN; GERTIE MORRIS; JERRY MURPHREE; MARY PARKER; PATRICIA HARMON PARKER; GEORGE PEACOCK; BARBARA ANN PERSON; MARY PHILLIPS; ROY LEE PHILLIPS; SHIRLEY PHILLIPS; WAYNE HOWARD PHILLIPS; BILLY DEWIGHT PILCHER; VIRA MAE POLK, JOE POMERLEE; SHIRLEY POMERLEE; MARY LEE POTTS; WILLIE PULLEY; EARLINE RICHARDSON; JOHN ROBERSON; ANTHONY ROBINSON; MATTIE E. ROBINSON; JOYCE ROGERS; LYNDA ROGERS; MICHAEL ROGERS; MAXINE P. ROSS; HAZEL ROUNDS; WALTER ROUNDS; LIB SANFORD; EUGENE SHAW; CHARLES EDWARD SIMS; ISAAC SMITH; TOMMIE TURNER, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE WRONGFUL DEATH BENEFICIARIES OF ANNIE RUTH NICHOLSON; VICKIE JOHNSON WALLER; AND MARY LOUISE WHITE** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO.** CV-2026-34-SMY2

**DETREX CORPORATION; ITALMATCH USA CORPORATION; WSP USA INC.; FIRST ENVIRONMENT, INC.; AAE CONSULTING, LLC; DAMES & MOORE, INC.; W.L. BURLE ENGINEERS, P.A.; AVANT CONSTRUCTION; KEVIN MOORE; MICHAEL SLACK; JOHN DOE CORPORATIONS 1-5** **DEFENDANTS**

COPY

# SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF YALOBUSHA**

**TO:** Avant Construction
c/o Registered Agent, John Avant
1185 County Road 97
Water Valley, MS 38965

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS

You are required to mail or hand-deliver a copy of a written response to the Complaint to Plaintiff's attorney: George F. Hollowell or Andrew F. Tominello, Hollowell Law Firm, Post Office Drawer 1407, Greenville, Mississippi 38702-1407. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief and other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and seal of said Court, this the 9th day of April, 2026.

[Seal]

STATE OF MISSISSIPPI NOTARY PUBLIC CIRCUIT COURT Commission Expires Jan. 06, 2028 YALOBUSHA COUNTY

CIRCUIT CLERK
YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

By: Vicki S Caldwell D.C.

COPY

**IN THE CIRCUIT COURT YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT**

**GREEN JONES, JR.; SANDRA JONES; MARY JUDSON; PATRICIA CAROLYN KACHELEIN; HILDA KEE; JOHN KEEL; DAVID KEHOE; VANESSA KELLY; GEORGE WILLIE KIMBLE; BETTY JEAN KIRK; LAWRENCE LEIGH; RUBY DIANE LUMAS; MYRON B. MARTIN; KATHERINE MATTHEWS; JESSE MCCOLLINS; WILLIAM MISTER; TAMMY R. MOORE; BRUCE MORGAN; GERTIE MORRIS; JERRY MURPHREE; MARY PARKER; PATRICIA HARMON PARKER; GEORGE PEACOCK; BARBARA ANN PERSON; MARY PHILLIPS; ROY LEE PHILLIPS; SHIRLEY PHILLIPS; WAYNE HOWARD PHILLIPS; BILLY DEWIGHT PILCHER; VIRA MAE POLK, JOE POMERLEE; SHIRLEY POMERLEE; MARY LEE POTTS; WILLIE PULLEY; EARLINE RICHARDSON; JOHN ROBERSON; ANTHONY ROBINSON; MATTIE E. ROBINSON; JOYCE ROGERS; LYNDA ROGERS; MICHAEL ROGERS; MAXINE P. ROSS; HAZEL ROUNDS; WALTER ROUNDS; LIB SANFORD; EUGENE SHAW; CHARLES EDWARD SIMS; ISAAC SMITH; TOMMIE TURNER, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE WRONGFUL DEATH BENEFICIARIES OF ANNIE RUTH NICHOLSON; VICKIE JOHNSON WALLER; AND MARY LOUISE WHITE** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO.** CV-2026-34-SMY2

**DETREX CORPORATION;
ITALMATCH USA CORPORATION;
WSP USA INC.;
FIRST ENVIRONMENT, INC.;
AAE CONSULTING, LLC;
DAMES & MOORE, INC.;
W.L. BURLE ENGINEERS, P.A.;
AVANT CONSTRUCTION; KEVIN MOORE;
MICHAEL SLACK;
JOHN DOE CORPORATIONS 1-5** **DEFENDANTS**

COPY

# SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF YALOBUSHA**

**TO:** Kevin Moore
711 Avignon Drive
Ridgeland, MS 39157

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS

You are required to mail or hand-deliver a copy of a written response to the Complaint to Plaintiff's attorney: George F. Hollowell or Andrew F. Tominello, Hollowell Law Firm, Post Office Drawer 1407, Greenville, Mississippi 38702-1407. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief and other things demanded in the Complaint.

COPY

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and seal of said Court, this the 9th day of April, 2026.

[Seal]

STATE OF MISSISSIPPI NOTARY PUBLIC CIRCUIT COURT Commission Expires Jan. 06, 2028 YALOBUSHA COUNTY

CIRCUIT CLERK
YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

By: Vicki S Caldwell, D.C.

COPY

**IN THE CIRCUIT COURT YALOBUSHA COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

**GREEN JONES, JR.; SANDRA JONES; MARY JUDSON; PATRICIA CAROLYN KACHELEIN; HILDA KEE; JOHN KEEL; DAVID KEHOE; VANESSA KELLY; GEORGE WILLIE KIMBLE; BETTY JEAN KIRK; LAWRENCE LEIGH; RUBY DIANE LUMAS; MYRON B. MARTIN; KATHERINE MATTHEWS; JESSE MCCOLLINS; WILLIAM MISTER; TAMMY R. MOORE; BRUCE MORGAN; GERTIE MORRIS; JERRY MURPHREE; MARY PARKER; PATRICIA HARMON PARKER; GEORGE PEACOCK; BARBARA ANN PERSON; MARY PHILLIPS; ROY LEE PHILLIPS; SHIRLEY PHILLIPS; WAYNE HOWARD PHILLIPS; BILLY DEWIGHT PILCHER; VIRA MAE POLK, JOE POMERLEE; SHIRLEY POMERLEE; MARY LEE POTTS; WILLIE PULLEY; EARLINE RICHARDSON; JOHN ROBERSON; ANTHONY ROBINSON; MATTIE E. ROBINSON; JOYCE ROGERS; LYNDA ROGERS; MICHAEL ROGERS; MAXINE P. ROSS; HAZEL ROUNDS; WALTER ROUNDS; LIB SANFORD; EUGENE SHAW; CHARLES EDWARD SIMS; ISAAC SMITH; TOMMIE TURNER, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE WRONGFUL DEATH BENEFICIARIES OF ANNIE RUTH NICHOLSON; VICKIE JOHNSON WALLER; AND MARY LOUISE WHITE** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO.** CV-2026-34-SMY2

**DETREX CORPORATION; ITALMATCH USA CORPORATION; WSP USA INC.; FIRST ENVIRONMENT, INC.; AAE CONSULTING, LLC; DAMES & MOORE, INC.; W.L. BURLE ENGINEERS, P.A.; AVANT CONSTRUCTION; KEVIN MOORE; MICHAEL SLACK; JOHN DOE CORPORATIONS 1-5** **DEFENDANTS**

COPY

# SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF YALOBUSHA**

**TO:** Michael Slack
1068 Woodbridge Drive
Brandon, MS 39047

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS

You are required to mail or hand-deliver a copy of a written response to the Complaint to Plaintiff's attorney: George F. Hollowell or Andrew F. Tominello, Hollowell Law Firm, Post Office Drawer 1407, Greenville, Mississippi 38702-1407. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief and other things demanded in the Complaint.

COPY

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and seal of said Court, this the 9th day of April, 2026.

[Seal]

STATE OF MISSISSIPPI NOTARY PUBLIC
CIRCUIT COURT
Commission Expires Jan. 06, 2028
YALOBUSHA COUNTY

CIRCUIT CLERK
YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

By: Vicki S Caldwell, D.C.

COPY

**IN THE CIRCUIT COURT YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT**

**GREEN JONES, JR.; SANDRA JONES; MARY JUDSON; PATRICIA CAROLYN KACHELEIN; HILDA KEE; JOHN KEEL; DAVID KEHOE; VANESSA KELLY; GEORGE WILLIE KIMBLE; BETTY JEAN KIRK; LAWRENCE LEIGH; RUBY DIANE LUMAS; MYRON B. MARTIN; KATHERINE MATTHEWS; JESSE MCCOLLINS; WILLIAM MISTER; TAMMY R. MOORE; BRUCE MORGAN; GERTIE MORRIS; JERRY MURPHREE; MARY PARKER; PATRICIA HARMON PARKER; GEORGE PEACOCK; BARBARA ANN PERSON; MARY PHILLIPS; ROY LEE PHILLIPS; SHIRLEY PHILLIPS; WAYNE HOWARD PHILLIPS; BILLY DEWIGHT PILCHER; VIRA MAE POLK, JOE POMERLEE; SHIRLEY POMERLEE; MARY LEE POTTS; WILLIE PULLEY; EARLINE RICHARDSON; JOHN ROBERSON; ANTHONY ROBINSON; MATTIE E. ROBINSON; JOYCE ROGERS; LYNDA ROGERS; MICHAEL ROGERS; MAXINE P. ROSS; HAZEL ROUNDS; WALTER ROUNDS; LIB SANFORD; EUGENE SHAW; CHARLES EDWARD SIMS; ISAAC SMITH; TOMMIE TURNER, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE WRONGFUL DEATH BENEFICIARIES OF ANNIE RUTH NICHOLSON; VICKIE JOHNSON WALLER; AND MARY LOUISE WHITE** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO. CV-2026-34-SMY2**

**DETREX CORPORATION;
ITALMATCH USA CORPORATION;
WSP USA INC.;
FIRST ENVIRONMENT, INC.;
AAE CONSULTING, LLC;
DAMES & MOORE, INC.;
W.L. BURLE ENGINEERS, P.A.;
AVANT CONSTRUCTION; KEVIN MOORE;
MICHAEL SLACK;
JOHN DOE CORPORATIONS 1-5** **DEFENDANTS**

COPY

# ALIAS SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF YALOBUSHA**

**TO:** Avant Construction
c/o President, John Avant, Jr.
585 CR 97
Water Valley, MS 38965

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS

You are required to mail or hand-deliver a copy of a written response to the Complaint to Plaintiff's attorney: George F. Hollowell or Andrew F. Tominello, Hollowell Law Firm, Post Office Drawer 1407, Greenville, Mississippi 38702-1407. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the relief and other things demanded in the Complaint.

COPY

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and seal of said Court, this the 22nd day of May, 2026.

CIRCUIT CLERK
YALOBUSHA COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

[Seal] STATE OF MISSISSIPPI NOTARY PUBLIC CIRCUIT COURT Commission Expires Jan. 06, 2028 YALOBUSHA COUNTY

By Vicki S Caldwell D.C.



COPY